ACCEPTED
04-15-00433-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 4:55:08 PM
KEITH HOTTLE
CLERK

NO. 04-15-00433-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/10/2015 4:55:08 PM
KEITH E. HOTTLE
Clerk

POST OAK CLEAN GREEN, INC., and
TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,

*Appellants,*

v.

GUADALUPE COUNTY GROUNDWATER
CONSERVATION DISTRICT,

*Appellee.*

**UNOPPOSED FIRST JOINT MOTION FOR EXTENSION OF
TIME TO FILE BRIEFS OF APPELLANTS POST OAK
CLEAN GREEN, INC. AND TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY**

Christopher L. Dodson
State Bar No. 24050519
chris.dodson@bgllp.com
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

John A. Riley
State Bar No. 16927900
jriley@jgdpc.com
JACKSON GILMOUR & DOBBS, PC
1115 San Jacinto Blvd., Suite 275
Austin, Texas 78701
Telephone: (512) 574-8861
Facsimile: (512) 574-8861

ATTORNEYS FOR APPELLANT POST OAK CLEAN GREEN, INC.

Bill Davis
State Bar No. 24028280
Bill.Davis@texasattorneygeneral.gov
Nancy Olinger
State Bar No. 15254230
Nancy.Olinger@texasattorneygeneral.gov
Cynthia Woelk
State Bar No. 21836525
Cynthia.Woelk@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
MC-059 & MC-066
Austin, Texas 78711
Telephone: (512) 936-1896
Facsimile: (512) 370-9191


ATTORNEYS FOR APPELLANT TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants Post Oak Clean Green, Inc. ("Post Oak") and Texas Commission on Environmental Quality ("TCEQ") file this Unopposed First Joint Motion for Extension of Time to File Briefs of Appellants.

Appellants' Briefs are currently due on August 18, 2015. Appellants request an extension of time of 30 days to file their Briefs, *i.e.*, an extension of time to and including September 17, 2015. This is Appellants' first request for an extension of time to file their Briefs. Counsel for Appellee Guadalupe County Groundwater Conservation District has indicated that Appellee is not opposed to this request.

Appellants need an extension of time because of the complex issues in this appeal. Appellant Post Oak's trial counsel substituted into this case after the underlying briefing regarding the appealed order was completed; therefore Appellant Post Oak's counsel was not involved in the case in the trial court until recently and needs additional time to analyze the issues and the record in order to prepare a brief that will be helpful to the Court in resolving the case. Moreover, in addition to assisting the preparation of the brief in this appeal, counsel for Post Oak is, among other matters: (1) preparing to argue seven motions for summary judgment in Civil Action No. 2012-33666, *Vertical North America, Inc. now known as Raizen North America, Inc. v. Vopak Terminal Deer Park, Inc.* in the 61st Judicial District Court of Harris County, on August 28, 2015; (2) drafting an

appellate brief to the Federal Circuit on an expedited schedule due August 10, 2015 in Civil Action No. 15-1870, *M-I LLC, v. FPUSA LLC*; (3) conducting depositions; other discovery, including a site visit; and preparing pre-filed testimony and exhibits for the administrative hearing pertaining to the TCEQ permit for the proposed Post Oak landfill that have been ordered to be completed by September 18, 2015.

Similarly, Bill Davis, TCEQ's lead appellate counsel, was not involved in this case in the trial court, was on vacation when the time for submitting an opening brief began to run, and did not receive a copy of the record on appeal until August 5, 2015. He is also assisting several clients in evaluating a recently published Environmental Protection Agency rule in connection with a forthcoming challenge to the rule in the United States Court of Appeals for the D.C. Circuit and consulting on two pending matters with court-set deadlines this week. For these reasons, appellant TCEQ likewise requires additional time in order to prepare a thorough and helpful brief in this case.

## **PRAYER**

Appellants Post Oak Clean Green, Inc., and Texas Commission on Environmental Quality pray that this Court grant a 30-day extension of time to file their Briefs of Appellants, to and including September 17, 2015, and for any other relief to which it may be entitled.

Respectfully submitted,

_/s/ Christopher L. Dodson_
John A. Riley
State Bar No. 16927900
jriley@jgdpc.com
JACKSON GILMOUR & DOBBS, PC
1115 San Jacinto Blvd., Ste. 275
Austin, Texas 78701
Telephone : (512) 574-8861
Facsimile : (713) 355-5001

Christopher L. Dodson
State Bar No. 24050519
chris.dodson@bgllp.com
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone:  (713) 223-2300
Facsimile:   (713) 221-1212

ATTORNEYS FOR APPELLANT
POST OAK CLEAN GREEN, INC.

Bill Davis
State Bar No. 24028280
Bill.Davis@texasattorneygeneral.gov
Nancy Olinger
State Bar No. 15254230
Nancy.Olinger@texasattorneygeneral.gov
Cynthia Woelk
State Bar No. 21836525
Cynthia.Woelk@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
P.O. Box 12548
MC-059 & MC-066
Austin, Texas 78711
Telephone : (512) 936-1896
Facsimile : (512) 370-9191

-5-

ATTORNEYS FOR APPELLANT
TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Appellee Guadalupe County Groundwater Conservation District, and Appellee does not oppose the relief sought in this motion.

*/s/ Christopher L. Dodson*
Christopher  L. Dodson

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Unopposed First Joint Motion for Extension of Time to File Briefs of Appellants Post Oak Clean Green, Inc., and Texas Commission on Environmental Quality was served on counsel of record by E-File as follows on August 10, 2015, addressed as follows:

Marisa Perales
FREDERICK, PERALES, ALLMON & ROCKWELL PC
707 Rio Grande, Ste. 200
Austin, Texas 77552-6894

*Attorney for Appellee Guadalupe County*
*Groundwater Conservation District*

*/s/ Christopher L. Dodson*
Christopher L. Dodson